UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**TSEREMP MILTON PINCHU-CHURAI,**

      Petitioner,

                                      CIVIL ACTION NO.
      v.                            26-12749-BEM

**ANTONE MONIZ,**
*Superintendent, Plymouth County Correctional Facility,*
**DAVID WESLING,** *Acting Field Office Director,*
*U.S. Immigration & Customs Enforcement,*
**DAVID VENTURELLA,**
*Acting Director, U.S. Immigration and Customs Enforcement,*
**MARKWAYNE MULLIN,**
*U.S. Secretary of Homeland Security,*
**TODD BLANCHE***, Acting U.S. Attorney General,*

      Respondents.


## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on June 18, 2026, granting in part

the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.


                                  BY THE COURT,

                                  */s/ Marlene Martins*

                                  _____

DATED: July 6, 2026                Deputy Clerk